**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Marwan Handsome, ) | No. CV 13-1711-PHX-JAT |
| Petitioner, ) |  |
| vs. ) | **ORDER** |
| Conrad M. Graber, ) |  |
| Respondent. ) |  |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241. The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 12) recommending that this Court deny the Petition.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 12) is **ACCEPTED and ADOPTED**;

1  **IT IS FURTHER ORDERED** that the Petition (Doc. 1) is **DENIED WITH**
2  **PREJUDICE**; and the Clerk of the Court shall enter judgment accordingly.
3  DATED this 22nd day of July, 2014.

James A. Teilborg
Senior United States District Judge